UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
INDIRA KAIRAM, M.D.,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/2020

                                    Plaintiff,

            -against-

                                                            18 Civ. 1005 (AT)

WEST SIDE GI, LLC,
                                                            **ORDER**

                                    Defendant.

ANALISA TORRES, District Judge:

        Plaintiff, Indira Kairam, brings this action raising federal and state claims against Defendant, West Side GI, LLC ("WGSI"). Order on Motion to Dismiss at 1, ECF No. 93. On January 31, 2019, this Court granted WGSI's motion to dismiss the second amended complaint and denied leave to amend as futile. *Id.* at 1, 14. Plaintiff appealed this Court's ruling to the Second Circuit. ECF No. 97. On December 12, 2019, the Second Circuit ruled that although this Court properly dismissed Plaintiff's federal claims, it erred in denying her request for leave to amend. ECF No. 98 at 7–8. The Second Circuit ruled that Plaintiff "should be given an opportunity to cure the defects on remand." *Id.* at 8.

        Accordingly, it is hereby ORDERED that Plaintiff shall file her amended complaint by **February 14, 2020**.

        SO ORDERED.

Dated: January 15, 2020
       New York, New York

                                                    ANALISA TORRES
                                                    United States District Judge