UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDIRA KAIRAM, M.D.,

                Plaintiff,

-against-

WEST SIDE GI, LLC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/18/2020

18 Civ. 1005 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Plaintiff's time to file her amended complaint is EXTENDED to **February 20, 2020**.

SO ORDERED.

Dated: February 18, 2020
        New York, New York

ANALISA TORRES
United States District Judge