UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDIRA KAIRAM, M.D.,

                              Plaintiff,

              -against-

WEST SIDE GI, LLC,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    3/20/2020

18 Civ. 1005 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Having reviewed the parties' letters, ECF Nos. 104–107, it is hereby ORDERED that:

1. By **April 20, 2020**, Defendant shall file its motion to dismiss;
2. By **May 11, 2020**, Plaintiff shall file her opposition; and
3. By **May 25, 2020**, Defendant shall file its reply, if any.

It is further ORDERED that Defendant's motion to consolidate is DENIED without prejudice to renewal after the Court issues a decision on the pending motion to dismiss in *Kairam v. WestSide GI, LLC*, Civil Action No. 1:19-cv-00953.

The Clerk of Court is directed to terminate the motions at ECF Nos. 104 and 105.

SO ORDERED.

Dated: March 20, 2020
       New York, New York

_____
**ANALISA TORRES**
United States District Judge