```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/2020
```

MERCEDES COLWIN
MColwin@grsm.com

RYAN SESTACK
RSestack@grsm.com

JEFFREY CAMHI
Jcamhi@grsm.com

ONE BATTERY PARK PLAZA
28TH FLOOR
NEW YORK, NY 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GRSM.COM

April 13, 2020

**VIA ECF**
Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   *Kairam v. West Side GI, LLC*
              **Civil Action Number 1:18-cv-1005 (AT)\**

Dear Judge Torres:

      Gordon Rees Scully Mansukhani, LLP represents defendant West Side GI, LLC ("WSGI" or "Defendant") in this action. Pursuant to Your Honor's Individual Rules of Practice, Defendant writes to respectfully request an enlargement of time to file Defendant's motion to dismiss.

      Currently, the deadline for Defendant to file its motion to dismiss is April 20, 2020. In light of a number of other deadlines as well as delays caused by Covid-19 pandemic, Defendant requests a three-week extension of time, until May 11, 2020, in which to file its motion.

      I have conferred with Plaintiff's counsel and counsel has consented to the requested extension, which is Defendant's first request for an extension of time to file its motion to dismiss. In the event that Plaintiff subsequently requests a reasonable extension of her time to file opposition, Defendant would have no objection to such an extension.

      We thank the Court for its consideration herein.

                                                    Respectfully submitted,

                                                    GORDON REES SCULLY
                                                    MANSUKHANI, LLP

                                                    *Jeffrey Camhi*

                                                    Jeffrey Camhi, Esq.

cc.  Mercedes Colwin, Esq. (via email & ECF)
     Ryan Sestack, Esq. (via email & ECF)
     Elizabeth Sheildkret, Esq. (via ECF)

GRANTED.

1. By **May 11, 2020**, Defendant shall file its motion to dismiss;
2. By **June 1, 2020**, Plaintiff shall file her response;and
3. By **June 15, 2020**, Defendant shall file its reply, if any.

   SO ORDERED.

Dated: April 14, 2020
       New York, New York

ANALISA TORRES
United States District Judge