USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/2020

MERCEDES COLWIN
MCOLWIN@GRSM.COM

RYAN SESTACK
RSESTACK@GRSM.COM

JEFFREY CAMHI
JCAMHI@GRSM.COM

**SCULLY MANSUKHANI**

ATTORNEYS AT LAW
ONE BATTERY PARK PLAZA
28TH FLOOR
NEW YORK, NY 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GRSM.COM

May 11, 2020

**VIA ECF**

Honorable Analisa Torres, U.S.D.J.
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *Kairam v. West Side GI, LLC*
            **Civil Action Number 1:18-cv-1005 (AT)(SDA)**

Dear Judge Torres:

    Gordon Rees Scully Mansukhani, LLP represents defendant West Side GI, LLC ("WSGI" or "Defendant") in this action. Pursuant to Your Honor's Individual Rules of Practice, Defendant writes to respectfully request an enlargement of time to file Defendant's motion to dismiss Plaintiff's Third Amended Complaint.

    Currently, the deadline for Defendant to file its motion to dismiss is May 11, 2020. I apologize for the timing of this request, but due to personal circumstances that arose in the last few days, I am requesting a brief extension of time, until Thursday, May 14, 2020, to submit Defendant's motion to dismiss.

    I have requested Plaintiff's counsel's consent to the extension, but have not yet received a response. This is Defendant's second request for an extension of time to file its motion to dismiss. In the event that Plaintiff subsequently requests a reasonable extension of her time to file opposition, Defendant would have no objection to such an extension.

We thank the Court for its consideration herein.

                                                                       Respectfully submitted,

                                                                       GORDON REES SCULLY
                                                                       MANSUKHANI, LLP

                                                                       *Jeffrey Camhi*

                                                                       Jeffrey Camhi, Esq.

cc.    Mercedes Colwin, Esq. (via email & ECF)
        Ryan Sestack, Esq. (via email & ECF)
        Elizabeth Sheildkret, Esq. (via ECF)

GRANTED.

1. By **May 14, 2020**, Defendant shall file its motion to dismiss;
2. By **June 4, 2020**, Plaintiff shall file her response; and
3. By **June 18, 2020**, Defendant shall file its reply, if any.

SO ORDERED.

Dated:  May 11, 2020
       New York, New York

                                              ANALISA TORRES
                                           United States District Judge