MERCEDES COLWIN
MCOLWIN@GRSM.COM

RYAN SESTACK
RSESTACK@GRSM.COM

JEFFREY CAMHI
JCAMHI@GRSM.COM

ATTORNEYS AT LAW
ONE BATTERY PARK PLAZA
28TH FLOOR
NEW YORK, NY 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GRSM.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___11/12/2020___

November 11, 2020

**VIA ECF**
Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     ***Kairam v. West Side GI, LLC***
        **Civil Action Number 1:18-cv-1005 (AT)(SDA)**

Dear Judge Torres:

Gordon Rees Scully Mansukhani, LLP represents defendant West Side GI, LLC ("WSGI" or "Defendant") in this action. Pursuant to the procedures set forth in Magistrate Judge Aaron's November 3, 2020 Report and Recommendation in connection with Defendant's motion to dismiss, we write to respectfully request an enlargement of time to file Defendant's objections to the Report and Recommendation.

Currently, the deadline for Defendant to file its objections to the Report and Recommendation is November 17, 2020. In light of a number of other deadlines in the coming days, Defendant requests a two-week extension of time, until December 1, 2020, in which to file its objections.

This is Defendant's first request for an extension of time to file objections to Magistrate Judge Aaron's Report and Recommendation. I have conferred with Plaintiff's counsel and counsel has consented to the requested extension, with the additional request that Plaintiff's time to respond to Defendant's objections be extended to December 18, 2020. Defendant has no objection to that request.

We thank the Court for its consideration herein.

Respectfully submitted,

GORDON REES SCULLY
MANSUKHANI, LLP

*Jeffrey Camhi*

Jeffrey Camhi, Esq.

cc.    Mercedes Colwin, Esq. (via email & ECF)
       Ryan Sestack, Esq. (via email & ECF)
       Elizabeth Sheildkret, Esq. (via ECF)

GRANTED.  By **December 1, 2020**, Defendant shall file its objections.  By **December 18, 2020**, Plaintiff shall respond.

SO ORDERED.

Dated: November 12, 2020
      New York, New York

_____

ANALISA TORRES
United States District Judge