USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Indira Kairam, M.D., | |
| Plaintiff, | 1:18-cv-01005 (AT) (SDA) |
| -against- | ORDER |
| West Side GI, LLC, | |
| Defendant. | |

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, it is hereby Ordered as follows:

1. Defendant shall file its anticipated motion, pursuant to Federal Rule of Civil Procedure 42(a), to consolidate this action with the two related cases (19-cv-00953 and 20-cv-9141) no later than April 20, 2021.

2. Plaintiff shall file her response to Defendant's motion no later than May 4, 2021.

3. Defendant shall file any reply no later than May 11, 2021.

SO ORDERED.

DATED:   New York, New York
         March 31, 2021

_____
STEWART D. AARON
United States Magistrate Judge