USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/29/2021___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Indira Kairam, M.D.,**<br><br>Plaintiff,<br><br>-against-<br><br>**West Side GI, LLC,**<br><br>Defendant. | **1:18-cv-01005 (AT) (SDA)** |
| **Indira Kairam, M.D.,**<br><br>Plaintiff,<br><br>-against-<br><br>**West Side GI, LLC,**<br><br>Defendant. | **1:19-cv-00953 (AT) (SDA)** |
| **Indira Kairam, M.D.,**<br><br>Plaintiff,<br><br>-against-<br><br>**Peter Distler, M.D. et al.,**<br><br>Defendants. | **1:20-cv-09141 (AT) (SDA)**<br><br><u>**ORDER**</u> |

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, the parties entered into a Stipulation that was "so ordered" by the Court on April 19, 2021 providing for consolidation of Case No. 18-cv-01005 with Case No. 19-cv-00953 (18-cv-01005 ECF No. 147; 19-cv-00953 ECF No. 65); and

WHEREAS, on May 24, 2021, counsel for Defendants in each of the above-captioned cases filed a motion to consolidate Case No. 20-cv-09141 with Case Nos. 18-cv-01005 and 19-cv-00953 (18-cv-01005 ECF No. 152; 19-cv-00953 ECF No. 69); and

WHEREAS, on June 7, 2021, Plaintiff file a memorandum in opposition to the motion to consolidate, in which she states her belief that "it is appropriate to consolidate the case with the individual defendants [*i.e.*, Case No. 20-cv-09141] in the same manner as the parties already stipulated to: for pleading, discovery and other pre-trial matters and trial, provided that nothing in the consolidation deprives Plaintiff of any of her rights under *Hall*" (18-cv-01005 ECF No. 154, at 11; 19-cv-00953 ECF No. 71, at 11; 20-cv-09141 ECF No. 16, at 11).

NOW, THEREFORE, it is hereby ORDERED that, no later than July 6, 2021, the parties shall either:

1.      File a Stipulation in Case No. 18-cv-01005 containing the following terms (mirroring the prior Stipulation):

      a. Case Nos. 18-cv-01005, 19-cv-00953 and 20-cv-09141 are consolidated for the purposes of pleading, discovery and other pre-trial matters, and trial (hereafter the "Consolidated Action");

      b. Plaintiff shall file a consolidated complaint in Case No. 18-cv-01005 within seven (7) days of the Court's approval of this Stipulation;

      c. Nothing herein waives any party's rights, claims, remedies, defenses, objections, or legal arguments;

      d. Once the Court approves this Stipulation, the Clerk of Court shall file this Stipulation on the ECF docket of Case Nos. 18-cv-01005, 19-cv-00953 and 20-

cv-09141 and then administratively close Case Nos. 19-cv-00953 and 20-cv-09141; and

e. All papers in the Consolidated Action shall be filed under Case No. 18-cv-01005; OR

2. Each party in each of the three above-captioned actions shall file a letter explaining with specificity any disagreements with the Stipulation set forth in paragraph 1 above and the legal basis for any such disagreements.

**SO ORDERED.**

DATED: New York, New York
June 29, 2021

_____
STEWART D. AARON
United States Magistrate Judge