UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDIRA KAIRAM, M.D.,<br>             Plaintiff,<br>v.<br>WEST SIDE GI, LLC,<br>             Defendant. | Civil Action No.<br>18-cv-01005 (AT)(SDA)<br>ECF Case |
| INDIRA KAIRAM, M.D.,<br>             Plaintiff,<br>v.<br>WEST SIDE GI, LLC,<br>             Defendant. | Civil Action No.<br>19-cv-00953 (AT)(SDA)<br>ECF Case |
| INDIRA KAIRAM, M.D.,<br>             Plaintiff,<br>v.<br>PETER DISTLER, M.D. and<br>RICARDO E. POU, M.D.,<br>             Defendant. | Civil Action No.<br>20-cv-09141 (AT)(SDA)<br>ECF Case |

STIPULATION AND [PROPOSED]
ORDER FOR CONSOLIDATION

WHEREAS Defendants moved to consolidate Case Nos. 18-cv-01005 (AT)(SDA), 19-cv-00953 (AT)(SDA), and 20-cv-09141 (AT)(SDA), under Rule 42(a), Fed. R. Civ. P.; and

WHEREAS the Court issued an Order on June 29, 2021 (Docket No. 158), concerning Defendants motion to consolidate;

NOW THEREFORE, the Parties through their respective counsel, and subject to the Court's approval, hereby stipulate that:

1. Case Nos. 18-cv-01005 (AT)(SDA), 19-cv-00953 (AT)(SDA), and 20-cv-09141 (AT)(SDA) are consolidated for the purposes of pleading, discovery

and other pre-trial matters, and trial (hereafter the "Consolidated Action");

2. Plaintiff shall file a consolidated complaint in Case No. 18-cv-01005 (AT)(SDA) within seven (7) days of the Court's approval of this Stipulation;

3. Nothing herein waives any party's rights, claims, remedies, defenses, objections, or legal arguments;

4. Once the Court approves this Stipulation, the Clerk of Court shall file this Stipulation on the ECF docket of Case Nos. 18-cv-01005, 19-cv-00953, and 20-cv-09141 and then administratively close Case Nos. 19-cv-00953, and 20-cv-09141.

5. All papers filed in the Consolidated Action shall be filed under Case No. 18-cv-01005 (AT)(SDA).

IT IS SO STIPULATED.

_Elizabeth Shieldkret_ 7/6/21
Elizabeth Shieldkret (ES 0625)   Date
Attorney for Plaintiff
Attorney at Law
67-20 Exeter Street
Forest Hills, NY 11375
(718) 997-0290
es@eshieldkret.com

_____ 7/6/21
Jeffrey A. Camhi, Esq.   Date
Ryan Sestack, Esq.
Chris Coyne, Esq.
Counsel for Defendants
**GORDON REES SCULLY MANSUKHANI, LLP**
1 Battery Park Plaza; 28th Fl. New York, New York 10004
Telephone: (212) 453-0747
rsestack@grsm.com
jcamhi@grsm.com
coyne@grsm.com

IT IS SO ORDERED.

July ___, 2021
New York, New York

_____
Stewart D. Aaron
United States Magistrate Judge

2