USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Indira Kairam, M.D.,

                     Plaintiff,

   -against-

West Side GI, LLC,

                     Defendant.

1:18-cv-01005 (AT) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Given the lengthy amount of time defendants already have had to respond to the Consolidated Complaint, it is hereby Ordered that Defendants shall file their anticipated partial motion to dismiss no later than Wednesday September 29, 2021. Thereafter, the parties shall confer and, no later than Monday, October 4, 2021, file a joint letter setting forth an agreed-upon schedule for the remaining briefing or, if they cannot agree, setting forth separate proposals.

**SO ORDERED.**

DATED:    New York, New York
              September 22, 2021

_____
STEWART D. AARON
United States Magistrate Judge