```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/05/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Indira Kairam, M.D.,

                        Plaintiff,

-against-

West Side GI, LLC,

                        Defendant.

1:18-cv-01005 (AT) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

        The parties are directed to appear for a telephone conference on Friday, October 8, 2021, at 11:00 a.m. to discuss the parties' proposed schedules. (*See* ECF Nos. 173 & 174.) At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:        New York, New York
                  October 5, 2021

_____
STEWART D. AARON
United States Magistrate Judge