```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/08/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Indira Kairam, M.D.,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>West Side GI, LLC,<br><br>　　　　　　　　　　Defendant. | 1:18-cv-01005 (AT) (SDA)<br><br>ORDER |

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, it is hereby Ordered as follows:

1. No later than October 20, 2021, Plaintiff shall file her motion, pursuant to Federal Rule of Civil Procedure 15, for leave to file an Amended Consolidated Complaint. With her motion, Plaintiff shall include her proposed amended pleading and a redline.

2. Defendants shall file their opposition no later than November 10, 2021.

3. Plaintiff shall file any reply no later than November 17, 2021.

SO ORDERED.

DATED:　　New York, New York
　　　　　　October 8, 2021

_____
STEWART D. AARON
United States Magistrate Judge