**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _10/21/2021_

Indira Kairam, M.D.,

                                    **Plaintiff,**

              -against-

West Side GI, LLC,

                                    **Defendant.**

1:18-cv-01005 (AT) (SDA)

<u>**ORDER**</u>

**STEWART D. AARON, United States Magistrate Judge:**

In accordance with the Court's October 8, 2021 Order, Plaintiff was to file a redline along with her proposed amended pleading. (10/8/2021 Order, ECF No. 176.) It is hereby Ordered that Plaintiff shall file a redline no later than Monday, October 25, 2021.

**SO ORDERED.**

DATED:        New York, New York
              October 21, 2021

_____
STEWART D. AARON
United States Magistrate Judge