UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2021

Indira Kairam, M.D.,

    Plaintiff,

-against-

West Side GI, LLC,

    Defendant.

1:18-cv-01005 (AT) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

In view of Defendants' letter consenting to Plaintiff's filing of the proposed Amended Consolidated Complaint (*see* Letter, ECF No. 184), it is hereby Ordered that Plaintiff's motion to amend (ECF No. 180) is GRANTED. Accordingly, Defendants' prior motion to dismiss (ECF No. 170) is deemed moot. The Clerk of Court is respectfully requested to terminate the motion at ECF No. 170. It is further Ordered as follows:

1. No later than November 19, 2021, Plaintiff shall file, as a separate docket entry, the Amended Consolidated Complaint.

2. Defendants shall file their response to the Amended Consolidated Complaint no later than December 13, 2021.

3. If Defendants file a motion to dismiss the Amended Consolidate Complaint, in whole or in part, no later than December 17, 2021, the parties shall file a proposed schedule for Plaintiff to respond to Defendants' motion and for Defendants to file any reply. If

the parties cannot agree on a schedule, they shall file, by the same date, a joint letter setting forth their separate proposals.

**SO ORDERED.**

DATED:     New York, New York
           November 12, 2021

_____
STEWART D. AARON
United States Magistrate Judge