UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _4/26/2022_

Indira Kairam, M.D.,

                                        Plaintiff,

                -against-

West Side GI, LLC,

                                        Defendant.

1:18-cv-01005 (AT) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered that, no later than May 10, 2022, the parties shall file a joint letter regarding the status of discovery and a proposed schedule for the completion of discovery. The Court is aware that Defendants' partial motion to dismiss remains pending and will issue its Report & Recommendation in due course. The parties may address in the joint letter any impact that disposition of the pending motion may have on their proposed discovery schedule.

**SO ORDERED.**

DATED:        New York, New York
              April 26, 2022

_____
STEWART D. AARON
United States Magistrate Judge