USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/7/2022_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDIRA KAIRAM, M.D.,

        Plaintiff,

-against-

WEST SIDE GI, LLC,

        Defendant.

18 Civ. 1005 (AT) (SDA)

INDIRA KAIRAM, M.D.,

        Plaintiff,

-against-

WEST SIDE GI, LLC,

        Defendant.

19 Civ. 953 (AT)

INDIRA KAIRAM, M.D.,

        Plaintiff,

-against-

PETER DISTLER, M.D. and
RICARDO E. POU, M.D.,

        Defendants.

20 Civ. 9141 (AT) (SDA)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Plaintiff's letter dated July 6, 2022. *See, e.g.*, 18 Civ. 1005, ECF No. 226. Plaintiff should have raised these concerns in her objections to the pending report and recommendation. However, the Court will provide Plaintiff the opportunity to raise those concerns through revising her objections. Accordingly,

1. Plaintiff's request to file a motion to strike portions of Defendants' motion to dismiss is DENIED.
2. By **July 14, 2022**, Plaintiff shall file an amended version of her objections incorporating the issues she raised in her letter. ECF No. 226. This version of the objections shall be the only objections considered by the Court.
3. By **July 21, 2022**, Defendants shall file their response to the revised version of Plaintiff's objections. This version of the response shall be the only response considered by the Court.

4. The Court shall permit the parties an additional five pages, for a total of twenty-five pages, for their filings.

SO ORDERED.

Dated: July 7, 2022
New York, New York

_____
ANALISA TORRES
United States District Judge