```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDIRA KAIRAM, M.D.,

           Plaintiff,

-against-

WEST SIDE GI, LLC,

           Defendant.

18 Civ. 1005 (AT) (SDA)

INDIRA KAIRAM, M.D.,

           Plaintiff,

-against-

WEST SIDE GI, LLC,

           Defendant.

19 Civ. 953 (AT) (SDA)

INDIRA KAIRAM, M.D.,

           Plaintiff,

-against-

PETER DISTLER, M.D. and
RICARDO E. POU, M.D.,

           Defendants.

20 Civ. 9141 (AT) (SDA)

**ORDER**

ANALISA TORRES, District Judge:

    On July 14, 2022, Plaintiff filed a letter indicated that she filed certain exhibits under seal because Defendants may assert that sealing would be appropriate. *See, e.g.,* 18 Civ. 1005, ECF No. 231. By **July 25, 2022**, Defendants shall file a letter setting forth the basis for sealing the exhibits. If they fail to do so, the exhibits shall be unsealed on July 26, 2022.

    SO ORDERED.

Dated: July 18, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge