USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/2/2022_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INDIRA KAIRAM, M.D.,

          Plaintiff,

-against-

WEST SIDE GI, LLC,

          Defendant.

18 Civ. 1005 (AT) (SDA)

---

INDIRA KAIRAM, M.D.,

          Plaintiff,

-against-

WEST SIDE GI, LLC,

          Defendant.

19 Civ. 953 (AT) (SDA)

---

INDIRA KAIRAM, M.D.,

          Plaintiff,

-against-

PETER DISTLER, M.D. and
RICARDO E. POU, M.D.,

          Defendants.

20 Civ. 9141 (AT) (SDA)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendants' letter and proposed redaction to Plaintiff's exhibits 3 and 4 to her objections to the report and recommendation dated May 25, 2022. ECF Nos. 213, 232, 235, 235-1. In accordance with *Lugosch v. Pyramid Co. of Onodaga*, 435 F.3d 110, 119–20 (2d Cir. 2006), the Court has balanced the presumption of public access against the competing considerations raised by Defendants and finds that the proposed redactions are narrowly tailored to prevent unauthorized dissemination of sensitive business information. Therefore, Defendants' request for limited redactions to exhibits 3 and 4 is GRANTED. The document filed at ECF No. 235-1, shall service as the public version of exhibits 3 and 4 of the affidavit of Elizabeth Shieldkret, filed at ECF No. 230-2.

    The Clerk of Court is directed to terminate the pending motion at ECF No. 235.

    SO ORDERED.

Dated: August 2, 2022

                                                          ANALISA TORRES
                                                   United States District Judge

New York, New York