USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Indira Kairam, M.D.,

                                  Plaintiff,

       -against-

West Side GI, LLC,

                                  Defendant.

1:18-cv-01005 (AT) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered that no later than Friday, August 19, 2022, Defendants shall serve written responses and objections to Plaintiff's second set of document requests and begin production of responsive documents.

**SO ORDERED.**

DATED:     New York, New York
              August 17, 2022

_____
STEWART D. AARON
United States Magistrate Judge