UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Indira Kairam, M.D.,

                          Plaintiff,

    -against-

West Side GI, LLC,

                         Defendant.

1:18-cv-01005 (AT) (SDA)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/2022

**STEWART D. AARON, United States Magistrate Judge:**

Plaintiff having been granted leave to amend her negligent misrepresentations claims (9/14/2022 Order, ECF No. 241), it is hereby Ordered that Plaintiff shall file any amended pleading no later than Friday, September 30, 2022.

SO ORDERED.

DATED:    New York, New York
               September 16, 2022

_____
STEWART D. AARON
United States Magistrate Judge