USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Indira Kairam, M.D.,

                             Plaintiff,

      -against-

West Side GI, LLC,

                             Defendant.

1:18-cv-01005 (AT) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    In view of the dispute set forth at ECF Nos. 253 and 255, it is hereby Ordered that the telephone conference scheduled for tomorrow, October 13, 2022 (*see* ECF No. 247) is adjourned *sine die*, pending resolution of such dispute.

**SO ORDERED.**

DATED:      New York, New York
               October 12, 2022

_____
STEWART D. AARON
United States Magistrate Judge