```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Indira Kairam, M.D.,

                          Plaintiff,

      -against-

West Side GI, LLC,

                         Defendant.

1:18-cv-01005 (AT) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

       The parties are directed to appear for a telephone conference on Tuesday, November 1, 2022, at 11:30 a.m. to discuss the Letter Motions filed at ECF Nos. 259 and 261. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:      New York, New York
               October 26, 2022

                                                          _____
                                                           STEWART D. AARON
                                                           United States Magistrate Judge