```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Indira Kairam, M.D.,

                              Plaintiff,

        -against-

West Side GI, LLC,

                              Defendant.

1:18-cv-01005 (AT) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered that the Letter Motions filed at ECF Nos. 259 and 261 are GRANTED IN PART and DENIED IN PART as follows:

1. The deadlines set forth in the Court's May 20, 2022 Order (ECF No. 210) are adjourned *sine die*.

2. No later than November 4, 2022, Defendants shall provide to Plaintiff their proposed search terms. Thereafter, the parties shall meet and confer and, if any disputes exist regarding search terms, the parties shall address them in the joint letter to be filed on November 18, 2022, as set forth in paragraph 4.

3. No later than November 7, 2022, Defendants shall serve revised document requests on Plaintiff. As set forth during today's telephone conference, Defendants shall consolidate requests regarding the allegations in the Amended Consolidated Complaint into one request listing the relevant paragraphs with the understanding that Plaintiff will not object to such requests as overbroad. Moreover, if Plaintiff objects to the consolidated request, Plaintiff must specifically identity the relevant

paragraphs regarding which she objects to producing documents. If any disputes regarding Defendants' document requests remain, the parties shall address them in the joint letter to be filed on November 18, 2022, as set forth in paragraph 4.

4. No later than November 18, 2022, the parties shall file a joint letter setting forth a proposed schedule for the production of documents by both sides (as to the issues currently in the case) and setting forth any remaining discovery disputes regarding, *inter alia*, search terms and/or Defendants' document requests.

**SO ORDERED.**

DATED:   New York, New York
         November 1, 2022

_____
STEWART D. AARON
United States Magistrate Judge