USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/2023

RYAN SESTACK
RSESTACK@GRSM.COM

JEFFREY CAMHI
JCAMHI@GRSM.COM

LINDSEY BLACKWELL
LBLACKWELL@GRSM.COM

COPATRICK THOMAS
CXTHOMAS@GRSM.COM

**GORDON & REES**
**SCULLY MANSUKHANI**

ATTORNEYS AT LAW
ONE BATTERY PARK PLAZA
28TH FLOOR
NEW YORK, NY 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GRSM.COM

January 25, 2023

**VIA ECF**

Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application DENIED WITHOUT PREJUDICE. Defendants may renew their motion after consulting with Plaintiff's counsel. SO ORDERED.
> Dated: January 25, 2023 *[signature]*

Re: *Kairam v. Westside GI, LLC*
  **Docket Number 1:18-cv-1005 (AT) (SDA)**

Dear Judge Aaron:

This firm represents Defendants Westside GI, LLC ("WSGI" or "Westside GI") and Drs. Peter Distler and Ricardo Pou (collectively, the "Defendants") in the above-referenced action. Pursuant to Rule I.D of the Court's Practices, and in light of defense counsel's prior scheduling conflicts, we write to respectfully request an adjournment of the discovery hearing recently scheduled for January 31, 2023, as well as a corresponding extension of the parties' time to submit their joint or separate letters in advance of the discovery hearing.

As the Court is aware, yesterday afternoon, Your Honor scheduled a discovery hearing in this matter to take place on Tuesday, January 31, 2023 (*see* ECF No. 284). The Court also ordered the parties to "continue to meet and confer regarding the outstanding discovery disputes and, no later than Monday, January 30, 2023, . . . file a joint letter (or if the parties cannot agree, separate letters) setting forth each remaining discovery dispute and the efforts made to consensually resolve each dispute."

Defendants now write to respectfully request an adjournment of the discovery hearing, to February 14, 2023, as well as a corresponding extension of the parties' time to submit any joint or separate letters, to February 13, 2023. As Defendants' lead defense counsel, Jeffrey Camhi, is in arbitration in Kansas City, Missouri all of next week and in Florida for a hearing the following week, he will be unavailable from January 30, 2023 to February 10, 2023. In addition, senior

defense counsel Lindsey Blackwell will be travelling and unavailable on January 31, 2023 and from February 2, 2023 to February 6, 2023.[1]

      If granted, Defendants' requests should allow the parties adequate time to continue to meet and confer and to prepare their letter(s) per the Court's Order, and will also allow Defendants' lead counsel an opportunity to appear at the discovery hearing on behalf of Defendants.

      This is Defendants' first request for an adjournment of the discovery hearing, although, as the Court is aware, the parties have previously requested and received extensions of time to confer regarding outstanding discovery issues. Notably, an adjournment of time will not prejudice Plaintiff in any way, as the discovery hearing can be held in relatively short order. By contrast, Defendants' would be significantly prejudiced if their lead counsel is not able to attend the hearing.

      We apologize for any inconvenience to the Court or the parties, and thank you for your consideration of this matter.

Respectfully submitted,

GORDON REES SCULLY
MANSUKHANI, LLP

*Copatrick Thomas*

Copatrick Thomas, Esq.

cc:    Attorneys of Record (via ECF)

---

[1] Although Ms. Blackwell and the undersigned are not lead defense counsel in this matter, they are available to attend the discovery hearing beginning on February 7, 2023, if necessary.