USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Indira Kairam, M.D.,

                              Plaintiff,

-against-

West Side GI, LLC,

                              Defendant.

1:18-cv-01005 (AT) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Following an in-person conference with the parties, and for the reasons stated on the record, it is hereby Ordered as follows:

1. No later than Tuesday, February 7, 2023, Defendants shall file a letter setting forth:

    a. Whether Defendants' counsel will represent Physicians Endoscopy, Frontier Healthcare and/or Mount Sinai for purposes of document production in this action and, if not, Defendants shall provide addresses where those entities may be served with a subpoena.

    b. Whether there are any documents responsive to Plaintiff's Request No. 33 (*see* Pl.'s Letter, ECF No. 290, at 5) regarding discrimination on the basis of national origin.

    c. Whether Dr. Distler, Dr. Pou and/or Dr. Shim used the additional email addresses identified by Plaintiff to conduct WSGI business.

    d. The names of counsel for Dr. Goldberg with whom WSGI communicated regarding his retirement/separation from WSGI, if any, and whether Defendants are willing to produce documents within the possession, custody or control of the outside

      counsel representing WSGI in connection with Dr. Goldberg's retirement/separation or whether Plaintiff will need to subpoena such documents.

    e. Any remaining disputes regarding search term negotiations. This portion of the letter shall be a joint letter with Plaintiff or Plaintiff shall file a separate letter regarding remaining disputes regarding search terms.

2. With respect to the collection of documents from Dr. DeLopez, Dr. Lu, Dr. Linden and Dr. Crespin, Plaintiff agrees to first review documents produced from other custodians, but reserves her right to seek additional documents from these individuals.

3. Defendants shall produce to Plaintiff documents responsive to Plaintiff's Request No. 33 limited to accusations by Dr. Goldberg of age discrimination and accusations by women of gender discrimination.

4. Defendants shall change the search term for King /10 "business valuation" to King /10 "valuation" and produce responsive documents to Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
               January 31, 2023

                                                            _____
                                                            STEWART D. AARON
                                                            United States Magistrate Judge