UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Indira Kairam, M.D.,

                          Plaintiff,

-against-

West Side GI, LLC,

                          Defendant.

1:18-cv-01005 (AT) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      The Court having reviewed the letters filed by the parties late yesterday evening (ECF Nos. 292 and 293), it is hereby ORDERED that, no later than Friday, February 10, 2023, Defendants shall file a letter (1) confirming whether Dr. Distler used the email address peterdistler6@gmail.com to conduct WSGI business; (2) stating the service address for outside counsel representing WSGI in connection with Dr. Goldberg's retirement/separation; and (3) showing cause why the Court should not direct Defendants to utilize the search terms proposed by Plaintiff in the letter filed at ECF No. 293. Any response by Plaintiff may be filed by Tuesday, February 14, 2023. In her letter, Plaintiff may include any further response to Defendants' letter filed at ECF No. 292.

**SO ORDERED.**

DATED:    New York, New York
             February 8, 2023

_____
STEWART D. AARON
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2023