```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Indira Kairam, M.D.,

                        Plaintiff,

-against-

West Side GI, LLC,

                        Defendant.

1:18-cv-01005 (AT) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties today regarding the discovery disputes set forth in the Joint Letter filed at ECF No. 316, and for the reasons stated on the record, it is hereby Ordered as follows:

1. The parties shall continue to meet and confer regarding the production of documents from Dr. Crespin.

2. With respect to ERISA documents, Defendants are directed to review documents returned using the original search term (*see* Joint Letter, ECF No. 316, at 4) limited to custodians Dr. Nash and Dr. Seecoomar.

3. The parties shall file a joint letter regarding the status of discovery on June 5, 2023.

4. The parties are directed to appear for a telephone conference on June 7, 2023, at 2:00 p.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

Dated:     New York, New York
           May 10, 2023

_____
STEWART D. AARON
United States Magistrate Judge