```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/22/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Indira Kairam, M.D., | |
| Plaintiff, | 1:18-cv-01005 (AT) (SDA) |
| -against- | **ORDER** |
| West Side GI, LLC, | |
| Defendant. | |

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered that Defendants shall file any objection to Plaintiff's request for unsealing (*see* ECF Nos. 320 & 321) no later than Friday, May 26, 2023.

**SO ORDERED.**

Dated:   New York, New York
         May 22, 2023

_____
STEWART D. AARON
United States Magistrate Judge