UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Indira Kairam, M.D.,

                    Plaintiff,

-against-

West Side GI, LLC,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/2023

1:18-cv-01005 (AT) (SDA)

<u>ORDER</u>

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered that, no later than June 8, 2023, Plaintiff shall file a redline comparing the Amended Consolidated Complaint (ECF No. 187) and the Revised Second Amended Consolidated Complaint ("RSACC") (ECF No. 318).

It is further Ordered that, no later than June 15, 2023, Defendants shall file a Partial Answer responding to each and every paragraph of the RSACC, except the substantive paragraphs contained in Counts 8 and 9 (*i.e.*, RSACC ¶¶ 190-91, 193-95). In addition, Defendants shall assert in their Partial Answer any and all defenses to Counts 1 through 7 and 10 through 33, and shall assert any counterclaims.

**SO ORDERED.**

Dated:    New York, New York
             June 1, 2023

_____
STEWART D. AARON
United States Magistrate Judge