RYAN SESTACK
RSESTACK@GRSM.COM

JEFFREY CAMHI
JCAMHI@GRSM.COM

LINDSEY BLACKWELL
LBLACKWELL@GRSM.COM

COPATRICK THOMAS
CXTHOMAS@GRSM.COM

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: __6/6/2023__

**GORDON & REES**
**SCULLY MANSUKHANI**

ATTORNEYS AT LAW
ONE BATTERY PARK PLAZA
28TH FLOOR
NEW YORK, NY 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GRSM.COM

June 5, 2023

**VIA ECF**

Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application GRANTED IN PART and DENIED IN PART. The telephone conference scheduled for June 7, 2023 is adjourned until Monday, June 26, 2023 at 3:00 p.m. The parties shall file a joint letter regarding the status of discovery on June 22, 2023. The length of the extension is due to the Court's unavailability over the next two weeks. As a result, the parties have ample time to address the remaining disputes and the Court expects that they will do so without further delay. SO ORDERED.
>
> Dated: June 6, 2023

Re:   *Kairam v. Westside GI, LLC, et al.*
      **Docket Number 1:18-cv-1005 (AT) (SDA)**

Dear Judge Aaron:

This firm represents Defendants Westside GI, LLC ("WSGI") and Drs. Peter Distler and Ricardo Pou (collectively, the "Defendants") in the above-referenced action.

The undersigned counsel has conferred with plaintiff Kairam's ("Plaintiff's") counsel regarding the parties' joint letter due to be filed today, but because of unanticipated scheduling issues on Defendants' part, the parties are unable to finalize the letter in advance of the current deadline. As such, Defendants respectfully request a brief extension of time to file the joint letter until this coming Friday, June 9. This very brief extension will allow us additional time to discuss and come to agreement on the matters to be outlined therein.

Defendants are still available for the conference currently scheduled for Wednesday, June 7, and are not requesting that the conference be adjourned. However, should this Court adjourn the conference due to our extension request, Defendants' counsel is available any afternoon next week, June 12 through June 16, at the Court's convenience.

Plaintiff has not consented to Defendant's request, but Plaintiff's counsel has indicated that she would also be available any afternoon next week, June 12 through June 16, should this Court adjourn the conference currently scheduled for June 7.

Thank you for your consideration of this matter.

Respectfully submitted,

GORDON REES SCULLY
MANSUKHANI, LLP

*Jeffrey Camhi*

Jeffrey A. Camhi, Esq.

cc: Attorneys of Record (via ECF)