**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

INDIRA KAIRAM, M.D.,

        Plaintiff,                        18 **CIVIL** 1005(AT)(SDA)

   -against-                           **<u>JUDGMENT</u>**

WEST SIDE GI, LLC, PETER DISTLER, M.D.,
and RICARDO E. POU, M.D.,

        Defendants.

-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 12, 2024, the Court OVERRULES Plaintiff's objections to the R&R and ADOPTS the R&R in its entirety.

**Dated:**  New York, New York

      January 12, 2024

                                                        **RUBY J. KRAJICK**
                                                          Clerk of Court

                                  **BY:**

                                                         _____
                                                            **Deputy Clerk**