UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDIRA KAIRAM, M.D.,

            Plaintiff,

-against-

WEST SIDE GI, LLC, PETER DISTLER, M.D.,
and RICARDO E. POU, M.D.,

            Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/29/2024
```

18 Civ. 1005 (AT) (SDA)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated January 12, 2024, the Court overruled Plaintiff's objections to the Honorable Stewart D. Aaron's report and recommendation, and dismissed Plaintiff's fraud and negligent-misrepresentation claims. *See* ECF No. 400. On January 26, 2024, Plaintiff moved for reconsideration pursuant to Local Civil Rule 6.3. ECF No. 401. Local Civil Rule 6.3 requires the moving party to "serve[] with the notice of motion a memorandum setting forth concisely the matters or controlling decisions which counsel believes the Court has overlooked." Plaintiff has not done so. By **January 30, 2024**, at **12 p.m.**, Plaintiff shall file her memorandum of law in support.

    SO ORDERED.

Dated: January 29, 2024
         New York, New York

                                              ANALISA TORRES
                                          United States District Judge