```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/30/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDIRA KAIRAM, M.D.,

                Plaintiff,

-against-

WEST SIDE GI, LLC, PETER DISTLER, M.D.,
and RICARDO E. POU, M.D.,

                Defendants.

18 Civ. 1005 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 26, 2024, Plaintiff moved for reconsideration pursuant to Local Civil Rule 6.3. ECF No. 401. By **February 13, 2024**, Defendants shall file their opposition papers, if any.

    SO ORDERED.

Dated: January 30, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge